Hunt v Matthews (2025 NY Slip Op 04357)

Hunt v Matthews

2025 NY Slip Op 04357

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

496 CA 24-01246

[*1]KEITH A. HUNT, PLAINTIFF-RESPONDENT,
v
LAURA L. MATTHEWS, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

JAMES I. MYERS, PLLC, WILLIAMSVILLE (JAMES I. MYERS OF COUNSEL), FOR DEFENDANT-APPELLANT.

 Appeal from an order of the Supreme Court, Erie County (Amy C. Martoche, J.), entered July 15, 2024. The order denied the motion of defendant for summary judgment dismissing the complaint and granted the cross-motion of plaintiff for summary judgment seeking, inter alia, specific performance of a real estate contract. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Hunt v Matthews ([appeal No. 2] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court